**Motion for Rehearing Granted, Memorandum Opinion filed July 3, 2012, Withdrawn, Appeal Reinstated, and Order filed October 4, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00512-CR
_____

### RONALD DEAN GOODWIN, JR., Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 405th District Court
Galveston County, Texas
Trial Court Cause No. 08CR1047**

## ORDER

On July 3, 2012, this Court issued an opinion dismissing this appeal. On July 17, 2012, appellant filed a motion for rehearing. The motion is granted.

This Court's opinion filed July 3, 2012, is withdrawn, and our judgment of that date is vacated. The appeal is ordered reinstated.

PER CURIAM

Panel consists of Justices Boyce, Christopher, and Jamison.